LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

September 21, 2026

Hon. Jesse M. Furman
United States District Court
Southern District of New York
New York, N.Y. 10007
*via ECF*

**Re: U.S. v. Arturo Mora,**
26 Cr. 272 (JMF)

Your Honor:

I write to request an adjournment of Mr. Mora's conference which is currently scheduled for September 24, 2026. The defense needs additional time to review the discovery with Mr. Mora and discuss a potential disposition. I am preparing for and will be engaged in a month-long RICO murder trial before Hon. Ramon E, Reyes, in the E.D.N.Y. during October. Therefore I request an adjournment to a date in mid-November, 2026.

The government, by Joseph Rosenberg, Esq., takes no position on this request. As the adjournment is sought for discovery review and plea negotiations, the time between September 24, 2026 and the next conference date should be excluded from speedy trial calculations.

Respectfully,
Lisa Scolari
Lisa Scolari

SO ORDERED:

____________________________
HON. JESSE M. FURMAN

Application DENIED. The conference scheduled for September 24, 2026, remains in effect.

The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

September 22, 2026